1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.   21CR0811-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| CHLOE LAUREL BISHOP, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for April 16, 2021 be continued until Friday, May 21, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 30, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated:   April 14, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge