UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHLOE LAUREL BISHOP,<br><br>Defendant. | CASE NO.   21CR0811-JLS<br><br>ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for February 25, 2022 be continued until Friday, March 25, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   February 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge